**TEACHERS' RETIREMENT SYSTEM OF THE STATE OF ILLINOIS**
2815 West Washington Street | P.O. Box 19253 | Springfield, Illinois 62794-9253
R. Stanley Rupnik, Executive Director & Chief Investment Officer
877-927-5877 (877-9-ASK-TRS) | http://www.trsil.org

September 14, 2023

EXHIBIT A

Douglas Moeller
805 Carol Ave
Elgin IL  60123-2619

Member ID: 33477

Dear Mr. Moeller:

This letter is being sent to confirm the Teachers' Retirement System (TRS) stopped your retirement benefit effective March 1, 2023.  The amount paid to you from April 29, 2017 through February 28, 2023 was $472,281.59.  Due to your felony conviction in Dekalb County that arose out of and was connected to your service as a teacher your only eligible benefit is a refund of contributions totaling $154,361.21.  Accordingly, under the provisions of 40 ILCS 5/16-199, your TRS benefits have been overpaid in the amount of $317,920.38 and are due to TRS.

Please make payment to TRS by October 31, 2023.  If payment is not received, interest will begin to accrue at .83% per month (approximately 10.4% per annum) beginning November 1, 2023.

If you have any questions, please contact the Teachers' Retirement System at (877) 927-5877.

Teachers' Retirement System
of the State of Illinois

asb