UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DOUGLAS MOELLER, | ) | Bankruptcy No. 25-03307 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

### TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale conducted on December 19, 2025, following the Trustee's motion for authority to sell the estate's interest in a 2024 Chevy Silverado (docket no. 32), which was granted by Court order entered on December 19, 2025 at docket no. 33.  Debtor, Douglas Moeller, purchased the estate's interest in the 2024 Chevy Silverado for the sum of $32,000.00.

Date:  December 25, 2025

**DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By:   /s/ *David P. Leibowitz*
David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC
1355 W. Wrightwood, Unit 2
Chicago, IL 60614
(312) 662-5750
dleibowitz@lakelaw.com